## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **December 18, 2020** |
| **TIME:** | **12:00 p.m.** |
| **DOCKET NUMBER(S):** | **CV 20-3862 (ARR)** |
| **NAME OF CASE(S):** | **Besera v. Great Au Pair, LLC et al** |
| **FOR PLAINTIFF(S):** | **Vinluan** |
| **FOR DEFENDANT(S):** | **Pauli for defendant Great Au Pair, Diddel for defendants Marc and Marie Hom.** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **4:00-4:34** |

### TELEPHONE CONFERENCE RULINGS:

Counsel report that the agreement to dismiss without prejudice as to defendant Great Au Pair arises from the fact that, at the time her relationship with Great Au Pair commenced, plaintiff agreed to arbitrate claims such as those she raises in this action.

Counsel confirmed that neither plaintiff nor her attorneys have received any consideration in return for agreeing to a dismissal without prejudice, and that it is understood that plaintiff may yet seek to arbitrate her wage and hour claims against Great Au Pair.

Counsel further explained that plaintiff intends to pursue her claims against the Hom defendants in this litigation.

**COUNSEL FOR PLAINTIFF AND THE HOM DEFENDANTS SHALL SUBMIT A JOINT LETTER B DECEMBER 23, 2020, PROPOSING A CASE MANAGEMENT SCHEDULE AND INDICATING WHETHER THE PARTIES SEEK A REFERRAL TO COURT-ANNEXED FLSA MEDIATION.**