UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARIET BESERA, on behalf of herself and
of all others similarly situated,

    Plaintiffs,

v.

GREATAUPAIR, LLC, MARC HØM, and
MARIE LOUISE HØM,

    Defendants
-----------------------------------------------------------x

Case No. 1:20-cv-03862-ARR-SJB
Hon. Allyne R. Ross

Hon. Sanket J. Bulsara

**STIPULATION OF DISMISSAL PER RULE 41(a)(1)(A)(ii)**

**IT IS STIPULATED AND AGREED** by and between the Plaintiff Marieta Besera and Defendants Marc Høm and Marie Louise Høm, through their respective counsels, that this action against Marc Høm and Marie Louise Høm be dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

April 27, 2022

LAW OFFICE OF FELIX VINLUAN

_____
Felix Q. Vinluan (FV6788)
6910 Roosevelt Ave., 2nd Floor
Woodside, NY 11377
Tel: (718) 478-4488
fqvinluan@yahoo.com

Manual B. Quintal
291 Broadway, Suite 1501
New York, NY 10007
Tel: (212) 732-0055
quintallaw@aol.com

*Attorneys for Plaintiff Marieta Besera*

WHITEMAN OSTERMAN & HANNA LLP

_____
Erin M. Callahan (EC-5062)
Heather D. Diddel (HD-6027)
One Commerce Plaza
Albany, NY 12260
Tel: (518) 487-7600
ecallahan@woh.com
hdiddel@woh.com

*Attorneys for Defendants Marc Høm and Marie Louise Høm*

So ordered.  s/ Allyne R. Ross